IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WEST VIRGINIA
Charleston Division

KEEPER OF THE MOUNTAINS FOUNDATION )
)
)
Plaintiff, )
)
v. ) CA No 2:~~05-1135~~
)
UNITED STATES DEPARTMENT OF JUSTICE, )
)
)
Defendant. )

2:06-0098

FILED
MAY - 2 2006
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

## PLAINTIFF'S MOTION FOR VAUGHN INDEX

Plaintiff respectfully requests that this Court enter an order compelling Defendant to produce an index of withheld documents, in compliance with *Vaughn v. Rosen*, 484 F.2d 820 (D.C. Cir. 1973), cert. denied, 415 U.S. 977 (1974). In support of this motion, Plaintiff directs the Court's attention to the memorandum of points and authorities submitted herewith.

Respectfully submitted,

**KEEPER OF THE MOUNTAINS FOUNDATION**

By Counsel

William V. DePaulo, Esq. #995
179 Summers Street, Suite 232
Charleston, WV 25301-2163
Tel: 304-342-5588
Fax: 304-342-5505
william.depaulo@gmail.com

10

## CERTIFICATE OF SERVICE

I, hereby certify that a copy of the foregoing Motion was mailed, postage-prepaid, this 30 day of April, 2006, to the following:

Charles T. Miller, Esq.
Acting United States Attorney
Kelly R. Curry, Esq.
Assistant United States Attorney
Southern District of West Virginia
P.O. Box 1713
Charleston, WV 25326
Tel: (304) 345-2200
Fax: (304) 347-5443

Peter D. Keisler, Esq.
Assistant Attorney General
Daniel Riess, Esq.
Elizabeth S. Shapiro, Esq.
Daniel Riess, Esq.
Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Tel: (202) 353-3098
Fax: (202) 616-8460

*Attorneys for Defendant United States Department of Justice*

William V. DePaulo